THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES LAKE, Appellant. [644 NYS2d 974]

Contrary to the defendant's contention, we find that the jury verdict was not against the weight of the evidence (see, CPL 470.15 [5]). Moreover, the defendant's sentence was not excessive (*People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review, without merit, or do not require reversal. Bracken, J. P., Thompson, Krausman and Goldstein, JJ., concur.